**THE PRESTIA LAW FIRM, PLLC**

65 BROADWAY, SUITE 716 • NEW YORK, NY 10006 • (212 430-6313• FAX (212)430-6314

PAUL V. PRESTIA, ESQ
ATTORNEY AT LAW

September 5, 2014

Hon. Lois Bloom
U.S. Magistrate Judge
U.S. District Court
225 Cadman Plaza
Brooklyn,, NY 11201

Re:    <u>**Oglesby v. City of New York, et al.**</u>

**14CV00308 (WFK)(LB)**

Dear Hon. Judge Bloom :

Please be advised that the parties have agreed to settlement in the above-referenced matter in the amount of $6,000.00.


Please do not hesitate to contact me if you have questions regarding the foregoing. Thank you.


Very Truly Yours,

 /s/
Paul V. Prestia